# United States Court of Appeals
### For the Eighth Circuit
_____

No. 24-2005
_____

Katie Rygmyr

*Plaintiff - Appellant*

v.

Leland Dudek,[1] Acting Commissioner of Social Security Administration

*Defendant - Appellee*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: April 15, 2025
Filed: April 18, 2025
[Unpublished]
_____

Before GRUENDER, KELLY, and KOBES, Circuit Judges.
_____

PER CURIAM.

_____

[1]Leland Dudek has been appointed to serve as Acting Commissioner of Social Security, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

Katie Rygmyr appeals the district court's[2] order affirming the denial of supplemental security income. We agree with the district court that substantial evidence in the record as a whole supports the adverse decision. See Bradford v. O'Malley, 104 F.4th 1055, 1058 (8th Cir. 2024) (de novo review of district court's judgment; this court will affirm unless Commissioner's findings are not supported by substantial evidence). Specifically, we agree that the administrative law judge (ALJ) did not err in defining a residual functional capacity (RFC) limitation by referencing the Dictionary of Occupational Titles' codes categorizing the complexity of interactions required for jobs. It is the ALJ's duty to make the RFC determination regarding an individual's functional abilities, and to phrase that determination in vocationally specific terms when posing a hypothetical question to the vocational expert (VE). See Harris v. Barnhart, 356 F.3d 926, 929 (8th Cir. 2004) (RFC is function-by-function assessment of individual's ability to do work-related activities); Brenner v. Schweiker, 711 F.2d 96, 99 (8th Cir. 1983) (hypothetical question to VE must set forth claimant's functional limitations so that VE can realistically assess availability of jobs).

The judgment is affirmed.

_____

_____

[2]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.